IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN DiNOFA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | CIVIL ACTION<br><br>NO. 10-4740 |

**FILED**
MAY 0 2 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 29th day of April, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Motion for Summary Judgment (Document No. 5) filed December 20, 2010, and Defendant's Response to Plaintiff's Request for Review (Document No. 6) filed January 24, 2011, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated April 1, 2011, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is DENIED; and

3. the decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.